IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**
  *Plaintiff*                                          No. 1:07-mj-00553-JMF

  v.

**LAWRENCE LEWIS**
  *Defendant.*

### PRAECIPE

The clerk of the court will please note the appearance of L. Barrett Boss of the law firm of Cozen O'Connor, 1627 I Street NW, Suite 1100, Washington, DC 20006, as counsel for the defendant in the above-captioned matter.

Respectfully submitted,

_/s/_____
L. Barrett Boss (D.C. Bar No. 398100)
COZEN O'CONNOR, P.C.
1627 I Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 912-4800
(202) 912-4830 (fax)

Counsel for Lawrence Lewis

Dated:   December 11, 2007

**CERTIFICATE OF SERVICE**

The foregoing praecipe was served on December 11, 2007 via CM/ECF to:

Angela Hart-Edwards
555 4th Street, NW
Washington, DC 20001
202 307 0031

                                                 /s/_____
                                                 L. Barrett Boss