FILED
DEC 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Magistrate No.
:
LAWRENCE LEWIS, : 07-553 M
:
Defendant. :

*[handwritten: Let this be Filed. JMFacciola 12/10/07]*

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Cr. P. 11, Defendant LAWRENCE LEWIS agrees and stipulates as follows:

1. Lawrence Lewis was at all relevant times the Director of Engineering of a retirement facility (hereinafter "the facility"), located in the District of Columbia. Lewis is a licensed Class I Steam Engineer.

2. As Director of Engineering from at least 2005 until the present, Lawrence Lewis was responsible for, among other things, overseeing the disposal of sanitary wastewater at the facility.

3. On or about March 29, 2007, Lawrence Lewis caused a discharge of untreated sanitary sewage into Rock Creek, a navigable water of the United States, when he directed and/or authorized an employee to connect a hose to a bypass pipe within the facility and to run the hose outside the facility into the parking lot where it flowed into a storm drain. The storm drain led directly into Rock Creek. Lawrence Lewis failed to take adequate precaution to ensure that the discharge did not enter Rock Creek.

4. Neither the facility or Lawrence Lewis had been issued a permit to discharge a pollutant into Rock Creek.

5. The unpermitted discharge continued from approximately 7:00 a.m. until about 2:30 p.m. when Park Police arrived on the scene.

6. From about January 2006 through March 2007, Lawrence Lewis caused similar unpermitted discharges of sanitary sewage from the facility into Rock Creek on at least four occasions. Mr. Lewis incorrectly believed that the storm drain connected with the facility's sewage system. In addition, his intent in causing the discharge was to avoid harming the critically ill residents whose rooms would have been flooded by the wastewater if no action had been taken.

7. Accordingly, on or about March 29, 2007, Lawrence Lewis, in the District of Columbia, did negligently make and cause to be made an unpermitted discharge of a pollutant from a point source into a navigable water of the United States, all in violation of 33 U.S.C. §§ 1311(a) and 1319(c)(1)(A).

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 12-10-07

LAWRENCE LEWIS
Defendant

I have discussed this Statement of Offense with my client, LAWRENCE LEWIS. I concur with her decision to stipulate to this Statement of Offense.

Date: 12/10/07

BARRY BOSS, ESQ.
Counsel for the Defendant