AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Lawrence Lewis

WAIVER OF INDICTMENT

CASE NUMBER: 07-553 M

I, _Lawrence Lewis_, the above named defendant, who is accused of

violating the Clean Water Act, 33 U.S.C. § 1311(a) 1319(c)(1)(A)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___12/10/07___ prosecution by indictment and consent that the
                                            Date
proceeding may be by information rather than by indictment.

_LL_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer