UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | **Magistrate No. 07-553-01 (JMF)** |
| | : | |
| **LAWRENCE LEWIS,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S REQUEST FOR BOOKING ORDER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court enter the attached Order requiring the defendant to present himself for the purpose of booking in this case before sentencing on March 31, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
District of Columbia

By:      /s/
RHONDA L. CAMPBELL
Assistant United States Attorney
D.C. Bar No. 462402
555 4th St., N.W., 4th floor
Washington, D.C. 20530
(202) 514-9519
rhonda.campbell@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| v. : | Cr. No. 07-284/07-MJ-553-01 (JMF) |
| : | |
| **LAWRENCE LEWIS,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon written motion of the Government, and for good cause shown, it is this 11th day of March, 2008, hereby ORDERED that the United States Park Police shall admit the defendant, Lawrence Lewis, to any federal or United States Park Police processing facility, for the purpose of booking, fingerprinting (including major case prints), photographing and processing on the charge in this case. Upon the completion of the booking process, the defendant shall be released back to his personal recognizance status.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

cc:   Rhonda L. Campbell, Esq.
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C.  20530