UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES

v.

LAWRENCE LEWIS,

Defendant.

Cr. No. 07-MJ-553-01 (JMF)

**ORDER**

Upon written motion of the Government, and for good cause shown, it is this 12th day of March, 2008, hereby ORDERED that the United States Park Police shall admit the defendant, Lawrence Lewis, to any federal or United States Park Police processing facility, for the purpose of booking, fingerprinting (including major case prints), photographing and processing on the charge in this case. Upon the completion of the booking process, the defendant shall be released back to his personal recognizance status.

/s/ John M. Facciola
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

cc: Rhonda L. Campbell, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530