AO 245B (Rev 06/05) (Rev. DC 12/15/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## for the District of Columbia

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| LAWRENCE LEWIS | Case Number: 07-553M |
| | USM Number: 29249-016 |
| | L. Barrett Boss, Esquire |
| | Defendant's Attorney |

**FILED**
APR 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   count one of the information

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 33 USC 1311 (a) and 1319(c)(1)(A) | Clean Water Act | 03/29/07 | 1 |

   The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ is/are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

03/31/08
Date of Imposition of Judgment

_[signature]_
Signature of Judge

JOHN M. FACCIOLA          MAGISTRATE
Name of Judge             Title of Judge

04/23/08
Date

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 4A — Probation

Case 1:07-mj-00553-AK   Document 11   Filed 04/23/2008   Page 2 of 3

DEFENDANT: LAWRENCE LEWIS
CASE NUMBER: 07-553M

Judgment—Page  2  of  7

## ADDITIONAL PROBATION TERMS

Defendant to pay special assessment fee of $25.00 due immediately payable to Clerk of the Court for the US District Court, District of Columbia.

Defendant shall notify the Clerk of the Court for the US District Court, District of Columbia within 30 days of any change of address, until such time as the financial obligation is paid in full.

Defendant does not have the ability to pay a fine and, therefore, the Court waives imposition of a fine.

Defendant, while on supervision, shall not use or possess an illegal controlled substance, and shall not commit another crime federal, state or local.

Defendant shall perform 50 hours of community service as directed by the the United States Probation Office.

The Court finds that the provision for submission of periodic drug tests, as required under 18 USC 3563(b), is suspended, since the defendant poses a low risk of future substance abuse.

DEFENDANT: LAWRENCE LEWIS
CASE NUMBER: 07-553M

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| TOTALS | $ 25.00        | $        | $               |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
|                   |                 |                         |                            |

| TOTALS | $ 0.00 | $ 0.00 |
|--------|--------|--------|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

    ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.